Van Ru Credit Corporation
P.O. Box 1027
Skokie, IL 60076-1027

| ACCOUNT NO. | PRINCIPAL BAL. | INTEREST |
|---|---|---|
| L84727 | $20,344.15 | $2,990.03 |
| NOTE NAME / ADDRESS / PHONE NO. CHANGES ON BACK | FEES & COSTS | TOTAL BALANCE |
| | $5,679.54 | $29,013.72 |
| | AMOUNT PAID: | |

Address Service Requested

#BWNFTZF #VAD9284880311039#

TAMELA DASHIELL
14756 POTOMAC BRANCH DR
WOODBRIDGE VA 22191-4041

**RETURN THIS PORTION WITH YOUR PAYMENT**

DO NOT SEND CASH
MAKE CHECKS PAYABLE TO:
U.S. DEPARTMENT OF EDUCATION
SHOW YOUR SOCIAL SECURITY NUMBER
ON YOUR CHECK

Van Ru Credit Corporation 1-888-337-833

Send Payment To:

National Payment Center
P.O. Box 105028
Atlanta GA 30348-5028

4 322199401988 0000004950 00000592      4 322199401988 00031020112901372 4

---

KEEP THIS PORTION FOR YOUR RECORDS

DATE: March 12, 2011

This notice regarding your account, with the U.S. Department of Education, is from Van Ru Credit Corporation. The U.S. Department of Education has placed your account with us for collection.

### Special Notice Regarding The Loan Rehabilitation Program

Loan Rehabilitation is a unique opportunity for you to have your defaulted student loan(s) deleted from your Credit Bureau Report. You will have to qualify for this program by making consecutive payments to show good faith on the defaulted loan(s) currently with the Department.

If you are unable to pay the balance in full immediately due to your financial situation but do want to repay this debt through payments, this program maybe ideal for you.

1. Qualify in 9 consecutive, on-time monthly payments.
2. Defaulted student loan(s) currently reported is/are deleted from your Credit Bureau Report.
3. Reduction of the total balance at the time of rehabilitation due to a reduction in collection costs.
4. Elimination of collection activities by ED.

Our office hours are:
Monday-Thursday, 8am-9pm(CST)
Friday, 8am-5pm(CST)
Saturday and Sunday, 8am-12pm(CST)

You can reach us at our toll free number 1-888-337-8331
Our fax number is 1-877-208-2683

All written correspondence must be sent to the following address:
Van Ru Credit Corporation
PO Box 1027
Skokie, Il. 60076-1027

**This communication is from a debt collector attempting to collect a debt, and any information obtained will be used for that purpose.**

**Notice: See Reverse Side for Important Information**

VAD21-0311-134260501 214