```
Court Name: United States District Court
Division: 1
Receipt Number: 14683027639
Cashier ID: sbrown
Transaction Date: 03/12/2012
Payer Name: THOMAS R BREEDEN PC
--------------------------------------
CIVIL FILING FEE
 For: THOMAS R BREEDEN PC
 Amount:         $350.00
--------------------------------------
CHECK
 Remitter: THOMAS R BREEDEN PC
 Check/Money Order Num: 19644
 Amt Tendered: $350.00
--------------------------------------
Total Due:      $350.00
Total Tendered: $350.00
Change Amt:     $0.00

FILING FEE
112CV273
```