FILED
MAY 17 2012

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA

APPLICATION TO QUALIFY AS A FOREIGN ATTORNEY UNDER LOCAL CIVIL RULE 83.1(D) AND LOCAL CRIMINAL RULE 57.4

In Case Number __1:12-cv-00273__, Case Name __Tamela Dashiell v. Van Ru Credit Corp.__
Party Represented by Applicant: __Van Ru Credit Corporation__

To: The Honorable Judges of the United States District Court for the Eastern District of Virginia

PERSONAL STATEMENT

FULL NAME (no initials, please) __Dayle Marie Van Hoose__
Bar Identification Number __0016277__ State __Florida__
Firm Name __Sessions, Fishman, Nathan & Israel, LLC__
Firm Phone # __813-890-2460__ Direct Dial # __813-890-2463__ FAX # __866-466-3140__
E-Mail Address __dvanhoose@sessions-law.biz__
Office Mailing Address __3350 Buschwood Park Drive, Suite 195, Tampa, FL 33618__

Name(s) of federal court(s) in which I have been admitted __See Attached Exhibit A__

I certify that the rules of the federal court in the district in which I maintain my office extend a similar *pro hac vice* admission privilege to members of the bar of the Eastern District of Virginia.

I have not been reprimanded in any court nor has there been any action in any court pertaining to my conduct or fitness as a member of the bar.

I hereby certify that, within ninety (90) days before the submission of this application, I have read the Local Rules of this Court and that my knowledge of the Federal Rules of Civil Procedure, the Federal Rules of Criminal Procedure, and the Federal Rules of Evidence is current.

I am ____ am not __X__ a full-time employee of the United States of America, and if so, request exemption from the admission fee.

_____
(Applicant's Signature)

I, the undersigned, do certify that I am a member of the bar of this Court, not related to the applicant; that I know the applicant personally, that the said applicant possesses all of the qualifications required for admission to the bar of this Court; that I have examined the applicant's personal statement. I affirm that his/her personal and professional character and standing are good, and petition the court to admit the applicant *pro hac vice*.

Brendan D. O'Toole  5/15/2012
(Signature)   (Date)
Brendan D. O'Toole   71829
(Typed or Printed Name)   (VA Bar Number)

Court Use Only:

Clerk's Fee Paid __✓ KMS__ or Exemption Granted _____

The motion for admission is GRANTED __✓__ or DENIED _____

Anthony J. Trenga
United States District Judge
(Judge's Signature)   5/17/12
   (Date)

## Exhibit A

Dayle Marie Van Hoose has been admitted to the following federal courts:

USDC Middle District of Florida
USDC Southern District of Florida
USDC Northern District of Florida
USDC Eastern District of Michigan (Not Sworn)
USDC Northern District of Illinois (Generally Admitted)
USDC Southern District of Illinois (Generally Admitted)
U.S. Court of Appeals for the 11th Circuit